IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JOEL PATTERSON, *et al.*,
    Appellants,

v.                                        Consolidated Civil Action No. 3:21cv167 (DJN)

MAHWAH BERGEN RETAIL GROUP, INC.,
    Appellee.

**ORDER**
**(Setting Briefing Schedule)**

This matter comes before the Court on the parties' Proposed Briefing Schedule (ECF No. 12), submitting a proposed briefing schedule for the above-referenced Bankruptcy Appeal. Because all parties agree and for good cause shown, the Court hereby ORDERS that briefing for this action shall be governed as follows:

| Brief | Word Limit | Due Date |
| --- | --- | --- |
| Opening Brief of Appellants Joel Patterson, et al. | 20,800 | June 28, 2021 |
| Opening Brief of Appellant John P. Fitzgerald, III, Acting United States Trustee for Region 4 | 13,000 | June 28, 2021 |
| Response Brief of Appellee Mahwah Bergen Retail, Group, Inc. | 22,000 | August 30, 2021 |
| Reply Brief of Appellants Joel Patterson, et al. | 10,400 | September 30, 2021 |
| Reply Brief of Appellant John P. Fitzgerald, III, Acting United States Trustee for Region 4 | 6,500 | September 30, 2021 |

Specifically, briefing shall proceed as follows: (1) Appellants Joel Patterson et al. shall file their opening brief no later than June 28, 2021, with a word limit of 20,800 words;

(2) Appellant John P. Fitzgerald, III, Acting United States Trustee for Region 4 shall file his opening brief no later than June 28, 2021, with a word limit of 13,000 words; (3) Appellee Mahwah Bergen Retail Group, Inc., shall file its response brief no later than August 30, 2021, with a word limit of 22,000 words; (4) Appellants Joel Patterson et al may file a reply brief no later than September 30, 2021 with a word limit of 10,400 words; and, (5) Appellant John P. Fitzgerald, III, Acting United States Trustee for Region 4 may file a reply brief no later than September 30, 2021 with a word limit of 6,500 words.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

\_\_\_\_/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date: May 10, 2021