IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JOEL PATTERSON, *et al.*,
    Appellants,

v.                                                Civil No. 3:21cv167 (DJN)

MAHWAH BERGEN RETAIL GROUP, INC.
    Appellee.

## ORDER
### (Setting Briefing Schedule)

This matter comes before the Court on the Motion for Limited Stay Pending Appeal by Appellant, John P. Fitzgerald, III Acting United States Trustee, Region 4 ("Trustee's Motion" (ECF No. 18)), moving the Court for a limited stay of the order of the United States Bankruptcy Court of the Eastern District of Virginia confirming Appellee's chapter 11 plan pending resolution of the Trustee's appeal. Due to the time-sensitive nature of the relief sought in the Trustee's Motion, the Court hereby ORDERS that any opposition to the Trustee's Motion shall be filed by June 11, 2021, and the Trustee may file a reply by June 15, 2021.

The Clerk is directed to file this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                 /s/
                                                David J. Novak
                                               United States District Judge

Richmond, Virginia
Date: June 4, 2021