IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JOEL PATTERSON, *et al.*,
    Appellants,

v.                                                      Civil No. 3:21cv167 (DJN)

MAHWAH BERGEN RETAIL GROUP, INC.
    Appellee.

## ORDER
### (Denying Motion to Stay)

This matter comes before the Court on the Motion for Limited Stay Pending Appeal By Appellant, John P. Fitzgerald, III Acting United States Trustee, Region 4 (ECF No. 18), asking the Court to stay the order of the United States Bankruptcy Court for the Eastern District of Virginia confirming Appellee's chapter 11 plan (the "Confirmation Order") pending resolution of the appeal of the Confirmation Order in this Court. For the reasons set forth in the accompanying Memorandum Opinion, the Motion (ECF No. 18) is hereby DENIED.

The Clerk is directed to file this Order electronically, notify all counsel of record and forward a copy to the chambers of United States Bankruptcy Judge Kevin R. Huennekens.

It is so ORDERED.

                                                       /s/
                                      David J. Novak
                                      United States District Judge

Richmond, Virginia
Date: June 28, 2021