IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JOEL PATTERSON, *et al.*,
　　　Appellants,

　v.　　　　　　　　　　　　　　　　　　　　　Civil No. 3:21cv167 (DJN)

MAHWAH BERGEN RETAIL GROUP, INC.
　　　Appellee.

## <u>ORDER</u>
### (Scheduling Oral Argument; Requiring Additional Briefing)

　　　This matter comes before the Court for scheduling purposes.  After conferring with the

parties, the Court hereby SCHEDULES oral argument in this Bankruptcy Appeal to occur on

December 20, 2021, at 2:00 p.m., in Courtroom 6300 of the Richmond Courthouse.

　　　Further, the Court ORDERS that the parties shall file a supplemental brief not exceeding

twenty (20) pages within ten days of the entry hereof that addresses the following three points:

　　　1.　　　Whether any similarities exist between this appeal and the issues in the pending

　　　　　　　appeal of *In re Purdue Pharma, L.P., et al.*, 7:21cv08271-CM, in the Southern

　　　　　　　District of New York and, if so, what — if any — impact the rulings in that case

　　　　　　　may have on this case in terms of persuasive authority;

　　　2.　　　Each law firm involved in this appeal shall state the total amount of fees approved

　　　　　　　for their firm in this Bankruptcy Proceeding to date, along with the following:

　　　　　　　(a) the highest non-blended hourly rate approved to be paid to an attorney in their

　　　　　　　firm for this proceeding; (b) the name of the attorney for the highest non-blended

　　　　　　　rate; and (c) the amount of the law firm's total approved fee that is based on that

attorney's work.  The Court intends to address the fees approved in this case

during oral argument; and

3.     The propriety of venue in the Richmond Division of the Eastern District of

Virginia for this Bankruptcy Proceeding.

The Court further orders that all fee petitions in this case going forward shall be

submitted to the undersigned, not the Bankruptcy Court, for resolution.

The Clerk is directed to file this Order electronically, notify all counsel of record and

forward a copy to the chambers of United States Bankruptcy Judge Kevin R. Huennekens.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Date:  November 4, 2021